UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
M.F.,

        Plaintiff,      **ORDER**

    -against-        25 Civ. 4640 (AEK)

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

        Defendant.
-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

   As stated in the Order issued on October 16, 2025, the Court issued a Standing Order

staying certain deadlines in civil cases where the Government is a party.  *See* ECF No. 11.

   Notwithstanding this Standing Order, Plaintiff's brief must still be filed by the current

deadline of **November 17, 2025**.  The tolling provisions set forth in the Standing Order apply to

all other deadlines.

Dated: October 17, 2025
   White Plains, New York

           **SO ORDERED.**

           _____
           ANDREW E. KRAUSE
           United States Magistrate Judge