UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

M.F.,

                    Plaintiff,                      **ORDER**

        -against-                          25 Civ. 4640 (AEK)

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                    Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Now that the government shutdown has concluded, the Clerk of Court is hereby directed to lift the stay in this matter. In accordance with the Standing Order that was docketed in this case on October 16, 2025, *see* ECF No. 11, the prior scheduling extension order that was issued on July 30, 2025, *see* ECF Nos. 8-9, and the orders issued at ECF Nos. 12 and 13, the schedule for the remaining submissions is as follows:

      (1)    Plaintiff's brief must be filed by **November 17, 2025**.

      (2)    The Commissioner's brief must be filed by **March 2, 2026**.

      (3)    Plaintiff's reply, if any, must be filed by **March 23, 2026**.

Dated:  November 17, 2025
           White Plains, New York

                                          **SO ORDERED.**

                                          _____
                                          ANDREW E. KRAUSE
                                          United States Magistrate Judge