**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

MICHELLE F.,

Plaintiff,

25 **CIVIL** 4640 (AEK)

-v-

**JUDGMENT**

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

Defendant.

-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 29, 2026, Plaintiff's motion (ECF No. 14) is GRANTED. Judgment is entered in favor of Plaintiff and the case is REMANDED for further administrative proceedings pursuant to sentence four of Section 405(g), and not solely for the calculation of benefits.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**